JOHN L. BURRIS, Esq., SBN 69888
LATEEF H. GRAY, Esq., SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiff
SUSIE ZAHN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE ZAHN, individually and as successor-in-interest to Decedent GARY OLDHAM,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; GREGORY J. AHERN, individually and in his capacity as Sheriff for the Alameda County Sheriff's Department; DAVID LINCOLN, individually and in his capacity as a Deputy Sheriff for the Alameda County Sheriff's Department; JESUS RUBALCAVA-GOMEZ, individually and in his capacity as a Deputy Sheriff for the Alameda County Sheriff's Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>    Defendants. | Case No. 4:17-cv-1107-DMR<br><br>**DECLARATION IN SUPPORT OF STIPULATED PROTECTIVE ORDER** |

Pursuant to the Court's Standing Order dated June 23, 2017, the parties hereby declare as follows:

1. The stipulated protective order submitted by the parties on August 18, 2017 is identical to the stipulated model protective order for standard litigation except for the addition of case-identifying information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 08/22/2017

_____
Lateef H. Gray
Attorney for Plaintiff

DATED: 8-22-2017

_____
Timothy P. Murphy
Attorneys for Defendant

DECLARATION IN SUPPORT OF STIPULATED PROTECTIVE ORDER
2