# EDRINGTON, SCHIRMER & MURPHY LLP

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
VANCE R. WILLIAMS
CODY L. SAAL
JAMES H. LY
PETER Y. SUMULONG
JORDAN C. MEYER

GARY M. LEPPER
   OF COUNSEL

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

October 9, 2017

**VIA ECF-Filing Only**
Honorable Laurel Beeler
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
15th Floor, Courtroom C
San Francisco, CA 94102

Re:   Zahn v. County of Alameda, et al
      Case No. 4:17-cv-1107-DMR (LB)

Dear Magistrate Judge Beeler:

This office represents defendants County of Alameda, Sheriff Gregory Ahern and Deputies Lincoln and Rubalcava-Gomez in the referenced matter which is scheduled for a settlement conference in your courtroom on November 14, 2017. We hereby request that the personal attendance of Sheriff Gregory Ahern be excused for purposes of that hearing. Sheriff Ahern is a named defendant by virtue of his position as elected Sheriff of Alameda County. He was not present nor did he participate in the incident(s) described in the Complaint.

The County of Alameda will be represented at the settlement conference by the undersigned, a representative of the Alameda County Sheriff's Office, a member of the County's Risk Management Department and a representative of the County's third-party claims administrator. Deputies Lincoln and Rubalcava-Gomez are scheduled to appear as well. Sheriff Ahern's presence is not required for negotiations to take place on behalf of the County of Alameda and its involved employees.

Before preparing this correspondence, I met and conferred with plaintiff's counsel, who have advised that they have no objection to Sheriff Ahern's personal attendance being excused for purposes of the November 14 settlement conference.

Based on the foregoing, we respectfully request that Sheriff Ahern's personal attendance at the settlement conference be excused. Thank you in advance for your reply.

Very truly yours,

/s/

Timothy P. Murphy

TPM:me/4780
Cc:   Lateef Gray, Esq.

Dated: October 10, 2017



IT IS SO ORDERED
Judge Laurel Beeler