1  TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
   EDRINGTON, SCHIRMER & MURPHY LLP                    [G.C. §6103]
2  2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
3  Telephone:  (925) 827-3300
   Facsimile:   (925) 827-3320
4

5  Attorneys for Defendants
   COUNTY OF ALAMEDA, GREGORY J. AHERN,
6  DAVID LINCOLN and JESUS RUBALCAVA-GOMEZ

7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

10

11 SUSIE ZAHN, individually and as successor-        CASE NO.:  4:17-cv-1107-DMR
   in-interest to Decedent GARY OLDHAM,
12
            Plaintiff,                               STIPULATION FOR ENTRY OF ORDER
13                                                   OF DISMISSAL AND [PROPOSED]
       vs.                                           ORDER
14
   COUNTY OF ALAMEDA, municipal
15 corporation; GREGORY J. AHERN,
   individually and in his capacity as Sheriff for
16 the Alameda County Sheriff's Department;
   DAVID LINCOLN, individually and in his
17 capacity as Deputy Sheriff for the Alameda
   County Sheriff's Department; JESUS
18 RUBALCAVA-GOMEZ, individually and in
   his capacity as Deputy Sheriff for the
19 Alameda County Sheriff's Department; and
   DOES 1-25, inclusive, individually, jointly
20 and severally,

21          Defendants.                         /

22      WHEREAS all parties to this action, namely, Plaintiff SUSIE ZAHN, individually and as

23 successor-in-interest to Decedent GARY OLDHAM and Defendants COUNTY OF ALAMEDA,

24 GREGORY J. AHERN, DAVID LINCOLN and JESUS RUBALCAVA-GOMEZ, and each of

25 them (the "Settling Parties"), have reached a mutual and amicable settlement and have entered

26 into a separate agreement for settlement of this action, the terms of which are set forth in writing

27 in the "Settlement Agreement and Release of all Claims" ("the Settlement Agreement"), to fully

28                                              1
   STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER
   Case No: 4:17-cv-1107-DMR

1  and finally resolve all matters concerning the Settling Parties without trial;

2  WHEREAS the Settlement Agreement covers all the claims between the Settling Parties
3  in this action;

4  WHEREAS the Settling Parties agree to pay their own attorney fees and costs; and

5  WHEREAS there are no further issues for the Court to resolve as between the Settling
6  Parties,

7  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

8  1. This action, including each of Plaintiff's causes of action set out in Plaintiff's
9  Complaint in the above-captioned action against all named defendants, shall be dismissed with
10 prejudice, with each party to bear its own attorney fees and costs.

11 IT IS SO STIPULATED.

12 DATED: December 15, 2017                LAW OFFICES OF JOHN L. BURRIS

                                          _____/s/_____
                                          Lateef H. Gray, Esq.
                                          Attorney for Plaintiff

16 DATED: December 15, 2017                EDRINGTON, SCHIRMER & MURPHY LLP

                                          _____/s/_____
                                          Timothy P. Murphy, Esq.
                                          Attorney for Defendants COUNTY OF
                                          ALAMEDA, GREGORY J. AHERN, DAVID
                                          LINCOLN, and JESUS RUBALCAVA-GOMEZ

**ORDER**

Good cause appearing, it is so ordered.

DATED:

                                          By _____
                                             MAGISTRATE JUDGE DONNA M. RYU

2

STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER
Case No: 4:17-cv-1107-DMR

**CERTIFICATION BY TIMOTHY P. MURPHY PURSUANT TO LOCAL RULE NO.5-1, SECTION (i)(3). RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of Edrington, Schirmer & Murphy LLP, counsel for Defendants COUNTY OF ALAMEDA, GREGORY J. AHERN, DAVID LINCOLN and JESUS RUBALCAVA-GOMEZ. The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to Local Rule 5-1, section (i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of California that the foregoing is true and correct on December 15, 2017.

/s/
Timothy P. Murphy

Case No: 4:17-cv-1107-DMR
– Stipulation and [Proposed] Order of Dismissal

1